United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YUCOB RYLANDER | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-02081 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| MARY ELIZONDO FRAZIER and BRADLEY ARANT BOULT CUMMINGS LLP, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

This matter was referred for disposition to Magistrate Judge Peter Bray. Dkt 6.

Judge Bray recently ordered that (i) a motion by Defendants to stay discovery was granted, (ii) a motion by Plaintiff to defer ruling on Defendant's motion to dismiss this action was denied, and (iii) a motion by Defendants for leave to file an amended motion to dismiss was granted in part. Dkt 26; see Dkts 23, 15 & 22.

Pending are objections by Plaintiff to this order by the Magistrate Judge. Dkt 29.

The district judge may reconsider a ruling by a magistrate judge on a non-dispositive pretrial matter if it has been shown to be clearly erroneous or contrary to law. See FRCP 72(a) & 28 USC §636(b)(1)(A).

Upon review, the order of the Magistrate Judge is neither clearly erroneous nor contrary to law. No clear error otherwise appears upon review and consideration of the Order, the record, and the applicable law.

It bears mention that the parties here haven't consented to the jurisdiction of Judge Bray. But reference to a magistrate judge isn't the same as consent. As such, he will rule on all motions and enter orders. Those orders and rulings are all reviewable by the undersigned, who retains jurisdiction over this case. But because Judge Bray has been referred this action, he has authority to control discovery, which he permissibly exercised in his discretion to stay discovery until pending motions have been ruled upon. This isn't at all unusual procedural practice.

The objections by Plaintiff to the order of the Magistrate Judge lack merit. As such, they are OVERRULED. Dkt 29.

The order of the Magistrate Judge is ADOPTED as the Order of this Court. Dkt 26.

It is noted that the Magistrate Judge also ordered that no further motions may be filed without leave of court, and that motions filed without such leave will be stricken from the record. Id at 2. Plaintiff filed an emergency motion for reconsideration and reassignment after entry of that order. Dkt 28. As such, that motion is STRICKEN.

SO ORDERED.

Signed on July 31, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge